# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Celia Hinson, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                      *Plaintiff*,

- *against* -

Tammys Nail Utopia LLC and Tamara Ollivierre,

                      *Defendants*.
-------------------------------------------------------------X

Case No.: 1:23-cv-02395-DLI-RER

**AFFIRMATION OF SERVICE**

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on May 31, 2023, I have served a copy of Plaintiff Celia Hinson's (the "Plaintiff") Memorandum of Law, together with the Affidavit of Celia Hinson (the "Hinson Aff."), and the Declaration of Jason Mizrahi (the "Mizrahi Decl.") and the exhibits annexed thereto, in support of Plaintiff's motion for default judgment against Defendants Tammys Nail Utopia LLC (the "Corporate Defendant") and Tamara Ollivierre (the "Individual Defendant", and together with the Corporate Defendant, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) (the "Motion for Default"): (i) by USPS overnight mail, addressed to the individual(s) as indicated below:

| | |
|---|---|
| Tamara Ollivierre<br>3324 Church Avenue<br>Brooklyn, NY 11203 | Tammys Nail Utopia LLC<br>3324 Church Avenue<br>Brooklyn, NY 11203 |

Dated: New York, New York
       May 31, 2023

                                        By:    /s/ Jason Mizrahi, Esq.
                                                  Jason Mizrahi, Esq.
                                                  Levin Epstein & Associates, P.C.
                                                  60 East 42nd Street, Suite 4700
                                                  New York, NY 10165
                                                  Telephone: (212) 792-0048
                                                  Email: Jason@levinepstein.com
                                                  *Attorneys for Plaintiff*